UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ROSLIN GROUP, LLC | § Case No. 09-25310-JS |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 Clerk of U.S. Bankruptcy Court
 219 S. Dearborn Street
 Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/28/2011 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/22/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                         Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ROSLIN GROUP, LLC | § | Case No. 09-25310-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 22,009.53 |
| *and approved disbursements of* | $ 44.56 |
| *leaving a balance on hand of* [1] | $ 21,964.97 |
| **Balance on hand:** | $ 21,964.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,964.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 2,950.94 | 0.00 | 2,950.94 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 4,555.00 | 0.00 | 4,555.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 48.51 | 0.00 | 48.51 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,452.50 | 0.00 | 1,452.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,006.95 |
| Remaining balance: | $ 12,958.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $    12,958.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $    12,958.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,731,495.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Financial Leasing, Inc. | 13,967.24 | 0.00 | 31.58 |
| 2 | RBC Real Estate Finance Inc. | 5,534,014.75 | 0.00 | 12,511.55 |
| 3 | Coleman Flooring | 84,544.40 | 0.00 | 191.14 |
| 5 | Professional Drywall & Decorating | 98,969.00 | 0.00 | 223.75 |

Total to be paid for timely general unsecured claims:  $    12,958.02
Remaining balance:  $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-25310-JHS
Roslin Group LLC                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: corrinal           Page 1 of 2           Date Rcvd: Sep 26, 2011
                             Form ID: pdf006          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
```
db          +Roslin Group LLC,    901 N. Elm,   Suite 212,   Hinsdale, IL 60521-3647
aty         +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski & Grochocinski,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David M Neff,   Perkins Coie LLP,    131 South Dearborn,   Suite 1700,   Chicago, IL 60603-5559
aty         +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,   Orland Park, IL 60462-3760
aty         +Kathleen McGuire,   Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
14156653    +CCS Notice,   Two Wells Ave., Dept 773,    Newton Center, MA 02459-3208
14156654    +City of Woodstock,    121 W. Calhoun St.,   Woodstock, IL 60098-3218
14156656    +Coleman Flooring,   c/o Corey Stern, Chitkowski Law Ofc,    801 Warrenville Rd., Suite 620,
              Lisle, IL 60532-4348
14156658    +Cory and Marija Stephens,    224 N. Washington Street,   Hinsdale, IL 60521-3422
14156659    +David Wayne,   Carpenter,   PO Box 6640,    Elgin, IL 60121-6640
14156660    +Foxford, LLC,   c/o Lincoln Property Company,    4035 Paysphere Circle,   Chicago, IL 60674-0001
14156661    +Knickerbocker Properties LLC,    c/o Jeremy Shaw - Zanck Coen,   40 Brink Street,
              Crystal Lake, IL 60014-4371
14156662    +Modular Structures Corp. of NA,    300 N. Oakley Blvd., Suite B,   Chicago, IL 60612-2216
14156664    +NuLine Technologies, Inc.,    1603 Barclay Blvd.,   Buffalo Grove, IL 60089-4544
14156665    +Professional Drywall & Decorating,    c/o Guy R. Youman, Rupp & Youman,
              4306F W. Crystal Lake Rd.,   Mchenry, IL 60050-4274
14785513    +Professional Drywall & Decorating,    c/o guy R. Youman, Rupp & Youman,
              4306F W. Crystal Lake Rd.,   McHenry, Illinois 60050-4274
14156666    +Professional Plumbing,    1435 S. Barrington Rd.,   Barrington, IL 60010-5205
14156667    +RBC Real Estate Finance Inc.,    11011 Richmond Avenue,   Suite 850,   Houston, TX 77042-6792
14156668     RBC Real Estate Finance Inc.,    c/o Leslie Bayles/Bryan Cave LLP,
              161 N. Clark Street, Suite 4300,   Chicago, IL 60601-3315
14156669    +Sanctuary of Bull Valley Master Op.,    c/o Jeremy Shaw - Zanck Coen,   40 Brink Street,
              Crystal Lake, IL 60014-4371
14156670     The Sanctuary of Bull Valley MOA,    700 McHenry Ave.,   Waukegan, IL 60087
14156671    +Tygris Vendor Finance,    10 Waterview Blvd.,   Dept. 1608 - Denver],   Parsippany, NJ 07054-1286
14156672    +Wells Fargo Financial,    PO Box 6434,   Carol Stream, IL 60197-6434
14269072    +Wells Fargo Financial Leasing, Inc.,    800 Walnut Street,   MAC F4301-050,
              Des Moines, IA 50309-3605
14156673    +Wienmar, Inc. dba Marble Works,    Michael C. Deutsch, Agent,   2425 Royal Blvd.,
              Elgin, IL 60123-2507
14156674    +William Ryan,   208 Eastern Avenue,    Clarendon Hills, IL 60514-1414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14156657     E-mail/Text: legalcollections@comed.com Sep 27 2011 02:04:05     ComEd,   PO Box 6111,
              Carol Stream, IL 60197-6111
14156663    +E-mail/Text: bankrup@nicor.com Sep 27 2011 02:02:36     Nicor Gas,    PO Box 0632,
              Aurora, IL 60507-0632
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14156652   ##+Advanced Moving & Storage,    465 Windy Point Dr.,   Glendale Heights, IL 60139-2196
14156655   ##+Coleman Flooring,   1930 N. Thoreau Dr., Suite 100,    Schaumburg, IL 60173-4179
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: corrinal              Page 2 of 2              Date Rcvd: Sep 26, 2011
                              Form ID: pdf006             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                    **Signature:**    *Joseph Speetjens*